**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

THOMAS J. NUCKOLLS, III,

Plaintiff,

v.

VAN WINKLE, BUCK, WALL, STARNES AND DAVIS, P.A., d/b/a THE VAN WINKLE LAW FIRM; PREMIER NORTH CAROLINA LLC, d/b/a PREMIER SOTHEBY'S INTERNATIONAL REALTY; ELIZABETH "LIZ" ASBURY; and JOHN DOES 1–10,

Defendants.

Civil Action No. 6:26-cv-04835-JDA

**Notice of Filing**

The following documents are being filed:

1. Summons in a Civil Action
2. Proof of Service for Van Winkle, Buck, Starnes and Davis, P.A.

Respectfully submitted,

**WILKINS DAVIS**

s/ W. Walter Wilkins, III
W. Walter Wilkins, III (Fed. ID No. 7726)
330 Mills Ave
Greenville, South Carolina 29605
Telephone: (864) 263-3155
Walt@WilkinsDavis.com

Date: 10/27/2026